UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARINDER SINGH,<br>Petitioner,<br>v.<br>MARK BOWEN, et al.,<br>Respondents. | Case No. 5:26-cv-06788-SSC<br><br>JUDGMENT |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1. The petition is granted.
2. Respondents are ordered to release **Varinder Singh (A# 215-842-303)** from custody immediately under conditions of supervision found to be appropriate by the decisionmaker.
3. The Clerk of Court is directed to close this case.

DATED: November 23, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE